IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 07-03129-04-S-ODS |
| JOPLIN RIVER OF LIFE MINISTRIES, INC., | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS OR FOR BILL OF PARTICULARS

On April 28, 2009, the Honorable James C. England, Chief United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's Motion to Dismiss or for Bill of Particulars (Doc. # 63) be denied. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court agrees with the Report's conclusion that the Superceding Indictment sufficiently alleges Defendant committed the crimes charged in Counts One, Two and Three. Accordingly, Judge England's Report and Recommendation (Doc. # 68) is adopted as the Order of the Court, and Defendant's Motion to to Dismiss or for Bill of Particulars is denied.

IT IS SO ORDERED.

DATE: May 21, 2009

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT